1  H. CHRISTIAN L'ORANGE (State Bar No. 71730)
   S. FEY EPLING (State Bar No. 190025)
2  DRINKER BIDDLE & REATH LLP
   50 Fremont Street, 20th Floor
3  San Francisco, California  94105-2235
   Telephone: (415) 591-7500
4  Facsimile: (415) 591-7510
   Email: Fey.Epling@dbr.com
5
   Attorneys for Plaintiff
6  THE LINCOLN NATIONAL LIFE INSURANCE
   COMPANY
7

8              **UNITED STATES DISTRICT COURT**

9              **SOUTHERN DISTRICT OF CALIFORNIA**

10 THE LINCOLN NATIONAL LIFE
   INSURANCE COMPANY,                    Case No. 3:08-cv-0023-IEG-NLS
11
                Plaintiff,              **ACCEPTANCE OF SERVICE**
12
        v.
13
   H. THOMAS MORAN, II, Court-
14 Appointed Receiver of LYDIA CAPITAL,
   LLC, and DAWSON & OZANNE, as
15 Trustee of The Black Irrevocable Trust,

16              Defendants.

17

18

19              **ACCEPTANCE OF SERVICE**

20      I, Melvin R. McVay, Jr., attorney for Defendant H. Thomas Moran, II, Court-

21 Appointed Receiver of Lydia Capital, LLC, hereby accept service of the Complaint and

22 waive service of a summons in the above-captioned matter.  I certify that I have been

23 authorized to do so by Defendant Moran.  This acceptance of service and waiver of

24 ///

25 ///

26 ///

27 ///

28 ///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\394486\1    ACCEPTANCE OF SERVICE                    CASE NO. 3:08-CV-0023-IEG-NLS

1    service of a summons is without prejudice to any right of Defendant Moran.

2

3

4    Dated: January **30**, 2008

5

6    _____
     Melvin R. McVay, Jr.

7    Phillips McFall McCaffrey McVay &
     Murrah, P.C.

8    Corporate Tower, Thirteenth Floor
     101 North Robinson Avenue

9    Oklahoma City, Oklahoma  73102

10   *Attorney for Defendant H. Thomas Moran,*
     *II, Court-Appointed Receiver of Lydia*

11   *Capital, LLC*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\394486\1    ACCEPTANCE OF SERVICE    CASE NO. 3:08-CV-0023-IEG-NLS

## CERTIFICATE OF SERVICE

I, CAMELIA SANCHEZ , declare that:

I am at least 18 years of age, and not a party to the above-entitled action. My business address is 50 Fremont Street, 20th Floor, San Francisco, California 94105, Telephone: (415) 591-7500.

OnFebruary 20, 2008, I caused to be served the following document(s):

### ACCEPTANCE OF SERVICE

by enclosing a true copy of (each of) said document(s) in (an) envelope(s), addressed as follows:

☑ BY MAIL: I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence is deposed with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed, and with postage thereon fully prepaid, placed for collection and mailing on this date, following ordinary business practices, in the United States mail at San Francisco, California.

☐ BY PERSONAL SERVICE: I caused such envelopes to be delivered by a messenger service by hand to the address(es) listed below:

☐ BY OVERNIGHT DELIVERY: I enclosed a true copy of said document(s) in a Federal Express envelope, addressed as follows:

☐ BY FACSIMILE: I caused such documents to be transmitted by facsimile transmission and mail as indicated above.

Melvin R. McVay, Jr.
Phillips McFall McCaffrey McVay &
Murrah, P.C.
Corporate Tower, Thirteenth Floor
101 North Robinson Avenue
Oklahoma City, Oklahoma  73102
 Tel. No.:  (405) 235-4100
 Fax No.:  (405) 235-4133[

I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

Executed on February 20, 2008 at San Francisco, California.

CAMELIA SANCHEZ