Richard M. Valdez, Bar No. 156957
James G. Sandler, Bar No. 067407
**SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP**
402 West Broadway, Suite 1700
San Diego, CA 92101-3542
Telephone (619) 235-5655
Facsimile (619) 235-5648
Email: rvaldez@sllbv.com
E-mail: jsandler@sllbv.com

Attorneys for Defendant
H. THOMAS MORAN, II, Court-Appointed
Receiver of LYDIA CAPITAL, LLC

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>  Plaintiff,<br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC,<br><br>  Defendant. | Case No. 08-CV-00023-IEG-NLS<br><br>DEFENDANT H. THOMAS MORAN, II'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD |

Defendant, H. Thomas Moran, II ("Moran"), in accordance with Local Rule 12.1, moves the Court to enter an Order extending Moran's deadline for filing his Answer to Plaintiff's Complaint, or other responsive pleading, to March 31, 2008. In support of his Motion, Moran states as follows:

1.  Plaintiff's Complaint was filed January 3, 2008. It was served upon Defendant on January 30, 2008.

2.  Without the requested extension of time, Moran's Answer to Plaintiff's Complaint is due March 18, 2008.

3.  Moran has made no previous request for an extension of time in this case.

4.  Plaintiff consents to the requested extension of time.

5.  The requested extension of time will not impact other scheduled dates.

6. Moran seeks this extension to allow sufficient opportunity to fully investigate the extensive factual and legal allegations asserted in Plaintiff's Complaint and to prepare his Answer or responsive pleading to Plaintiff's Complaint. Additionally, the parties are in discussions regarding certain issues that impact Moran's response to the Complaint, including whether Moran will need to file a Motion to Dismiss.

WHEREFORE, for good cause shown, Defendant, H. Thomas Moran, II, requests the Court to enter an Order extending Defendant's time to answer or otherwise plead to March 31, 2008.

Respectfully submitted,

Dated:   March 17, 2008

**SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP**

By:   /S/
Richard M. Valdez
Attorneys for Defendant
H. Thomas Moran, II, Court-Appointed
Receiver of Lydia Capital, LLC