| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED)<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY v. H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):<br>Richard M. Valdez, Bar No. 156957<br>SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP<br>402 West Broadway, Suite 1700<br>San Diego, CA 92101-3542<br><br>ATTORNEY FOR (NAME): Defendant | TELEPHONE NO.:<br>Tel: (619) 235-5655<br>Fax: (619) 235-5648 | |
| ATTORNEYS FOR:<br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC | HEARING DATE – TIME | CASE NUMBER:<br>08-CV-00023-IEG-NLS |

## PROOF OF SERVICE

I am a resident of the state of California over the age of eighteen years, and not a party to the within action. My business address is SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP, 402 West Broadway, Suite 1700, San Diego, CA 92101-3542. On March 17, 2008, I served the within documents:

1. DEFENDANT H. THOMAS MORAN, II'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD
2. ORDER GRANTING DEFENDANT H. THOMAS MORAN, II'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

☐ by personally delivering the document(s) listed above to the person(s) at the address(es) set forth below.

Jason P. Gosselin, Esq.
Heath M. Lynch, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700

*Attorneys for Plaintiff*
*The Lincoln National Life Insurance Company*

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on March 17, 2008, at San Diego, California.

☐ (Federal)   I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made.

Marcella V. Brodersen

::odma\pcdocs\docs\19349\1

PROOF OF SERVICE