H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Email: Fey.Epling@dbr.com

Attorneys for Plaintiff
THE LINCOLN NATIONAL LIFE INSURANCE
COMPANY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC,<br><br>Defendants. | Case No. 3:08-cv-00023-IEG-NLS<br><br>**CORPORATE DISCLOSURE STATEMENT OF PLAINTIFF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY** |

Pursuant to Fed. R. Civ. P. 7.1, Plaintiff, The Lincoln National Life Insurance Company, as successor by merger to Jefferson-Pilot Life Insurance Company ("Lincoln"), by and through its undersigned attorneys, hereby submits its Disclosure Statement and represents as follows:

1. Lincoln is a nongovernmental corporate party.

2. Lincoln is a subsidiary of Lincoln National Corporation, a publicly traded company (NYSE).

///

///

3. No publicly traded corporation holds 10% or more of Lincoln's stock.

Respectfully Submitted,

Dated: March 21, 2008

/s/ S. Fey Epling
S. FEY EPLING

DRINKER BIDDLE & REATH LLP
Attorneys for Plaintiff
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

*Of Counsel*

STEPHEN C. BAKER
JASON P. GOSSELIN
HEATH M. LYNCH
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA 94105

SF1\393357\1