# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>        Plaintiff,<br>  v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC,<br><br>        Defendant. | Case No. 08-CV-00023-IEG-NLS<br><br>ORDER GRANTING JOINT MOTION OF PLAINTIFF THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND DEFENDANT H. THOMAS MORAN, II FOR FURTHER EXTENSION OF TIME TO ANSWER OR OTHERWISE PLEAD |

    Plaintiff The Lincoln National Life Insurance Company and Defendant H. Thomas Moran, II's Joint Motion for Further Extension of Time to Answer or Otherwise Plead comes on for consideration before the Honorable Irma E. Gonzalez. The Court, being fully advised in the premises herein, finds that the Motion should be granted.

    For Good Cause Shown, IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that Defendant H. Thomas Moran, II is granted a further extension of time to Answer Plaintiff's Complaint, or otherwise plead, to April 4, 2008.

Dated: April 1, 2008

*/s/ Irma E. Gonzalez*
IRMA E. GONZALEZ
United States District Court Judge