| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA | | COURT USE ONLY |
|---|---|---|
| TITLE OF CASE (ABBREVIATED)<br>THE LINCOLN NATIONAL LIFE INSURANCE COMPANY v. H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC | | |
| ATTORNEY OR PARTY WITHOUT ATTORNEY (NAME AND ADDRESS):<br>Richard M. Valdez, Bar No. 156957<br>**SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP**<br>402 West Broadway, Suite 1700<br>San Diego, CA 92101-3542<br><br>ATTORNEY FOR (NAME): Defendant | TELEPHONE NO<br>Tel: (619) 235-5655<br>Fax: (619) 235-5648 | |
| ATTORNEYS FOR:<br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC | HEARING DATE – TIME | CASE NUMBER<br>08-CV-00023-IEG-NLS |

## PROOF OF SERVICE

I am a resident of the state of California over the age of eighteen years, and not a party to the within action. My business address is SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP, 402 West Broadway, Suite 1700, San Diego, CA 92101-3542. On May 7, 2008, I served the within documents:

1. EX PARTE APPLICATION OF DEFENDANT H. THOMAS MORAN, II, COURT-APPOINTED RECEIVER FOR LYDIA CAPITAL, LLC., FOR CONTINUANCE OF EARLY NEUTRAL EVALUATION CONFERENCE AND FOR LEAVE TO ATTEND TELEPHONICALLY

☐ by transmitting via facsimile the document(s) listed above to the fax number(s) set forth below on this date before 5:00 p.m.

☒ by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at San Diego, California addressed as set forth below.

Jason P. Gosselin, Esq.
Heath M. Lynch, Esq.
DRINKER BIDDLE & REATH LLP
One Logan Square
18th and Cherry Streets
Philadelphia, PA  19103-6996
Telephone:  (215) 988-2700

Attorneys for Plaintiff
The Lincoln National Life Insurance Company

I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on the same day with postage thereon fully prepaid in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

Executed on May 7, 2008, at San Diego, California.

☒ (Federal)    I declare that I am employed in the office of a member of the bar of this court at whose directions the service was made.

_____
Marcella V. Brodersen