H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Email: Christian.Lorange@dbr.com
Email: Fey.Epling@dbr.com

JASON P. GOSSELIN (admitted pro hac vice)
HEATH M. LYNCH (admitted pro hac vice)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Fax: (215) 988-2757
Email: Jason.Gosselin@dbr.com
Email: Heath.Lynch@dbr.com

Attorneys for Plaintiff
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC,<br><br>Defendant. | Case No. 08-CV-00023-IEG-NLS<br><br>**DECLARATION OF HEATH M. LYNCH IN SUPPORT OF PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING TELEPHONIC APPEARANCE** |

I Heath M. Lynch declare:

1. I am an associate with the law firm of Drinker Biddle & Reath LLP, counsel of record for Plaintiff THE LINCOLN NATIONAL LIFE INSURANCE COMPANY ("LINCOLN"). I make the following declaration in support of Plaintiff's e*x parte* application for an order continuing the Early Neutral Evaluation Conference (the

"Conference") currently scheduled for May 19, 2008, and permitting Lincoln to participate in the Conference via telephone.

2. I respectfully request that the Court grant this application. This Order is necessary to permit Ms. Farabow to participate in the Conference and will not prejudice Defendant.

3. Jason P. Gosselin, co-counsel for Lincoln, provided notice to Shannon K. Emmons, counsel for Defendant, of my intent to apply on behalf of Lincoln and Ms. Farabow for the relief requested. Ms. Emmons had no objection to Lincoln's intended application, provided that Lincoln agreed not to object to a similar application, if made by Defendant.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed in Philadelphia, Pennsylvania, this 7th day of May, 2008.

                                                /s/     Heath M. Lynch
                                                HEATH M. LYNCH