H. CHRISTIAN L'ORANGE (State Bar No. 71730)
S. FEY EPLING (State Bar No. 190025)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510
Email: Christian.Lorange@dbr.com
Email: Fey.Epling@dbr.com

JASON P. GOSSELIN (admitted pro hac vice)
HEATH M. LYNCH (admitted pro hac vice)
DRINKER BIDDLE & REATH LLP
One Logan Square
18th & Cherry Streets
Philadelphia, PA 19103-6996
Telephone: (215) 988-2700
Fax: (215) 988-2757
Email: Jason.Gosselin@dbr.com
Email: Heath.Lynch@dbr.com

Attorneys for Plaintiff
THE LINCOLN NATIONAL LIFE INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC,<br><br>Defendant. | Case No. 08-CV-00023-IEG-NLS<br><br>**[PROPOSED] ORDER GRANTING PLAINTIFF'S *EX PARTE* APPLICATION FOR AN ORDER PERMITTING TELEPHONIC APPEARANCE OR CONTINUANCE OF MAY 19, 2008 EARLY NEUTRAL EVALUATION CONFERENCE** |

On _____ \_\_\_\_, 2008, Plaintiff's *ex parte* application, pursuant to Civ.L.R. 83.3(h), for an order continuing the Early Neutral Evaluation scheduled for May 19, 2008 at 2:00 p.m., and permitting Plaintiff to appear at the same by phone, came on for noticed hearing in Department \_\_\_\_ of the Court, the Honorable

1  _____ presiding.

2    Having considered the papers submitted in support of the above-referenced
3 application and for good cause shown, IT IS HEREBY ORDERED as follows:
4

5  1.  The Early Neutral Evaluation Conference scheduled for May 19, 2008 at
6      2:00 p.m. in the Chambers of Magistrate Judge Nita L. Stormes is
7      continued until _____ \_\_\_\_, 2008 at \_\_\_\_\_ \_\_.m.
8

9  2.  Plaintiff be permitted to participate by telephone at the Early Neutral
10     Evaluation Conference between the parties.
11

12  **IT IS SO ORDERED**
13

14 Dated: _____
15                                                 Hon.
16
17
18
19
20
21
22
23
24
25
26
27
28