Melvin R. McVay, Jr. (Admitted Pro Hac Vice)
Shannon K. Emmons (Admitted Pro Hac Vice)
PHILLIPS MCFALL MCCAFFREY MCVAY
& MURRAH, P.C.
Corporate Tower / Thirteenth Floor
101 North Robinson
Oklahoma City, Oklahoma 73102
Telephone:    (405) 235-4100
Facsimile: (405) 235-4133
Email:  Mrmcvay@phillipsmcfall.com
             Skemmons@phillipsmcfall.com

Attorneys for Defendant
H. THOMAS MORAN, II, Court-Appointed
Receiver of LYDIA CAPITAL, LLC

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br><br><br><br><br><br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC,<br><br>Defendant. | Case No. 08-CV-0023-IEG-NLS<br><br>**JOINT MOTION OF PLAINTIFF, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND DEFENDANT, H. THOMAS MORAN, II, COURT-APPOINTED RECEIVER FOR LYDIA CAPITAL, LLC, FOR THE EXTENTION OF TIME TO AMEND PLEADINGS TO ADD PARTIES** |

Plaintiff, The Lincoln National Life Insurance Company ("Lincoln") and Defendant, H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital, LLC (the "Receiver"), respectfully request the Court to extend the time to amend the pleadings to add parties from August 29, 2008, to September 15, 2008.  Lincoln and Moran jointly seek this extension of time because they are currently engaged in indemnification discussions with the insurance policy's insured, trustee and

1

agent; and, at the conclusion of these discussions, the insured, trustee and agent may be proper parties to this lawsuit. Lincoln and Moran, therefore, respectfully request that the Court extend the time to add parties from August 29, 2008, to September 15, 2008.

WHEREFORE, Plaintiff, The Lincoln National Life Insurance Company and Defendant, H. Thomas Moran, II, Court-Appointed Receiver of Lydia Capital, LLC, respectfully request that the Court enter an Order granting an extension of time to amend the pleadings to add parties from August 29, 2008, to September 15, 2008.

Respectfully submitted,

| *s/ Jason P. Gosselin* | *s/ Shannon K. Emmons* |
|---|---|
| Jason P. Gosselin (admitted pro hac vice) | Melvin R. McVay, Jr. (Admitted Pro Hac Vice) |
| Heath M. Lynch (admitted pro hac vice) | Shannon K. Emmons (Admitted Pro Hac Vice) |
| DRINKER BIDDLE & REATH LLP | PHILLIPS MCFALL MCCAFFREY MCVAY |
| One Logan Square | & MURRAH, P.C. |
| 18th & Cherry Streets | Corporate Tower / Thirteenth Floor |
| Philadelphia, PA 19103-6996 | 101 North Robinson |
| Telephone: (215) 988-2700 | Oklahoma City, Oklahoma 73102 |
| Email: | Telephone: (405) 235-4100 |
| | Facsimile: (405) 235-4133 |
| | Email: Mrmcvay@phillipsmcfall.com |
| | Skemmons@phillipsmcfall.com |
| | |
| H. Christian L'Orange | Richard M. Valdez, CA. Bar No. 156957 |
| S. Fey Epling | James G. Sandler, CA. Bar No. 067407 |
| DRINKER BIDDLE & REATH LLP | SANDLER, LASRY, LAUBE, BYER & VALDEZ LLP |
| 50 Freemont Street, 20th Floor | 402 West Broadway, Suite 1700 |
| San Francisco, CA 94105-2235 | San Diego, California 92101 |
| Telephone: (415) 591-7500 | Telephone: (619) 235-5655 |
| Facsimile: (415) 591-7510 | Facsimile: (619) 235-5648 |
| Email: Christian.Lorange@dbr.com | Email: Rvaldez@sllbv.com |
| Fey.Epling@dbr.com | Jgsandler@sllbv.com |
| | |
| *Attorneys for Plaintiff* | *Attorneys for H. Thomas Moran, II, Court-* |
| *The Lincoln National Life Insurance Company* | *Appointed Receiver of Lydia Capital, LLC* |

00338288.DOC

2