# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LINCOLN NATIONAL LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>v.<br><br><br><br><br><br><br>H. THOMAS MORAN, II, Court-Appointed Receiver of LYDIA CAPITAL, LLC,<br><br>Defendant. | Case No. 08-CV-0023-IEG-NLS<br><br><br>**ORDER GRANTING JOINT MOTION OF PLAINTIFF, THE LINCOLN NATIONAL LIFE INSURANCE COMPANY AND DEFENDANT, H. THOMAS MORAN, II, COURT-APPOINTED RECEIVER FOR LYDIA CAPITAL, LLC, FOR THE EXTENTION OF TIME TO AMEND PLEADINGS TO ADD PARTIES** |

Plaintiff The Lincoln National Life Insurance Company and Defendant H. Thomas Moran, II's Joint Motion for Extension of Time to Amend Pleadings to Add Parties comes on for consideration before the Honorable Irma E. Gonzalez. The Court, being fully advised in the premises herein, finds that the Motion should be granted.

For Good Cause Shown, **IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff The Lincoln National Life Insurance Company and Defendant H. Thomas Moran, II is granted an extension of time to amend the pleadings to add parties from September 15, 2008 to September 22, 2008.

Dated: September 16, 2008

*Irma E. Gonzalez*

IRMA E. GONZALEZ, Chief Judge
United States District Court

1